AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America <br> v. <br><br><br> Trenton Abston <br> _Defendant(s)_ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Case No.  25-CR-20136 JTF/atc |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 15, 2025 _____ in the county of _____ Shelby _____ in the _____ Western _____ District of _____ Tennessee _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. Section 2261A(2) | Cyberstalking |

This criminal complaint is based on these facts:

See attached.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

SA Graham Hill, FBI
_____
_Printed name and title_

Sworn to before me and signed in my presence.

Date:  _____ 06/19/2025 _____

**/s/ Charmiane G. Claxton**
11:12 PM, Jun 19, 2025
_____
_Judge's signature_

City and state:  _____ Memphis, TN _____

Hon. Charmiane G. Claxton, U.S. Magistrate Judge
_____
_Printed name and title_